UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN GOODE,<br><br>                Petitioner,<br>v.<br><br>RUSSELL PERRY, et al.,<br><br>                Respondents. | Case No. 3:18-cv-00362-RCJ-WGC<br><br>ORDER |

Petitioner Shawn Goode has filed an application to proceed *in forma pauperis* and submitted a 28 U.S.C. § 2254 petition for a writ of habeas corpus. His application reflects that he can pay the full fee pursuant to 28 U.S.C. § 1915.

**IT IS THEREFORE ORDERED** that petitioner's application for leave to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Petitioner shall have **30 days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

DATED: This 6th day of November, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1